CAROLINA P. CRAWFORD, Respondent, v. HUGO JAECKEL, Appellant.

APPEAL from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, tenth district, borough of Manhattan.

L. P. Mingey, for appellant.

Adams & Adams, for respondent.

*Per Curiam.* Judgment affirmed, with costs. See Wilkinson v. Davies, 146 N. Y. 27.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Judgment affirmed, with costs.